**U.S. Bankruptcy Court**
**Northern District of Indiana (Hammond Division)**

In re:

Bankruptcy Case No. 05-67612-jpk
Chapter 7

DOUGLAS
GENE
HOFFMAN

Debtor

Adversary Proceeding No. 06-06012-jpk

IN DEPT OF WORKFORCE DEVELOPMENT

Plaintiff

V.

DOUGLAS GENE HOFFMAN

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| Clerk, U.S. Bankruptcy Court<br>Northern District of Indiana (Hammond Division)<br>5400 Federal Plaza<br>Hammond, Indiana, 46320 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| A. Kristine Musall<br>Indiana Government Center South<br>10 North Senate Ave Room SE202<br>Indianapolis, IN 46204 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued:
01/20/2006

Christopher M. DeToro, Clerk Of Court

CSD 3007

Bankruptcy # 05-67612        Adversary # 06-06012

## CERTIFICATE OF SERVICE

I, _____A. Kristine Musall_____, certify that I am, and at all times during the
(name)
service of process was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __1/23/06__ by:
(date)

☒ Mail Service: First class United States mail, postage fully pre-paid, addressed to:
DOUGLAS HOFFMAN, 7134 Osborne Avenue, Hammond, IN 46323
David Dabertin, 5246 Hohman Avenue, Suite 302, Hammond, IN 46320
Kenneth A. Manning, 200 Monticello Drive, Dyer, IN 46311
U.S. Trustee, Northern District of Indiana, 100 E. Wayne Street, Room 555, South Bend, IN 46601

❏ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

❏ Residence Service: By leaving the process with the following adult at:

❏ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❏ Publication: The defendant was served as follows: [Describe briefly]

❏ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__1/23/06__                                          __A. Kristine Musall__
Date                                                              Signature

A. Kristine Musall
Attorney at Law
Indiana Department of Workforce Development
10 North Senate Avenue, SE 202
Indianapolis, IN 46204