adv no app default mtn needed.wpd

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOUGLAS GENE HOFFMAN, | ) | CASE NO.  05-67612  JPK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| ********************** | | |
| IN DEPT OF WORKFORCE DEVELOPMENT, | ) ) | |
| Plaintiff, | ) | |
| v. | ) | ADVERSARY NO. 06-6012 |
| DOUGLAS GENE HOFFMAN, | ) | |
| Defendant. | ) | |

ORDER REGARDING DEFAULT

The Court takes judicial notice that its record establishes that service of process has been effected upon the defendant, and that the defendant has failed to appear or otherwise respond to the complaint within the time designated by law.

IT IS ORDERED that the Clerk shall enter default with respect to the defendant in this case pursuant to Bankruptcy Rule 7055 and Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the plaintiff shall file a motion for default judgment, and appropriate evidence in support of that motion which establishes the basis for relief and the amount of the damages to which the plaintiff is entitled, within sixty (60) days of the date of entry of this order, together with a proposed form of final judgment.

Dated at Hammond, Indiana on April 11, 2006.

/s/ J. Philip Klingeberger
J. Philip Klingeberger
United States Bankruptcy Court

Distribution:
Attorney for Plaintiff